Craig B. Sanders, Esq. (Cal Bar 284397)
csanders@sanderslaw.group
**SANDERS LAW GROUP**
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
Telephone: (516) 203-7600
Facsimile: (516) 282-7878

*Attorneys for Plaintiff*
*Michael Stokes*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STOKES,<br><br>Plaintiff,<br><br>vs.<br><br>O.N.Entertainment LLC,<br><br>Defendant. | Case No. 2:22-cv-04563-JFW-JEM<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. PRO. 55(b)(2)**<br><br>Judge: Hon. John F. Walter<br>Date: January 23, 2023<br>Time: 1:30 p.m.<br>Location: 350 W. 1st Street<br>           Los Angeles, CA 90012<br>           Courtroom 7A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**YOU ARE HEREBY NOTIFIED THAT** at 1:30 p.m. on January 23, 2023, or as soon thereafter as the matter may be heard, Plaintiff Michael Stokes ("Plaintiff") will and hereby does move this Court before the Honorable John F. Walter, of the United States District Court for the Central District of California, Eastern Division, in Courtroom 7A, 350 W. 1st Street, Los Angeles, CA 90012, for

a default judgment against Defendant, O.N.Entertainment LLC. Said motion will be made upon the grounds set forth in the accompanying memorandum of points and authorities in Support of Plaintiff's Motion for a default judgment, the Declaration of Craig B. Sanders dated December 22, 2022, the Declaration of Michael Stokes dated December 21, 2022, and the complete files and records of this action.

### STATEMENT PURSUANT TO LOCAL RULE 7-3

There has been no conference of counsel prior to making this motion as is ordinarily required by Local Rule 7-3.  That is because Defendant failed to timely Answer or otherwise appear in this action, leading the Clerk to enter a Notation of Default against Defendant.  Plaintiff has not been contacted by Defendant or anyone else acting on its behalf, either before or after the entry of default.  In other words, there is no adverse party recognized by the Court with whom a conference could have taken place.

Dated:	December 22, 2022

**SANDERS LAW GROUP**

By: /s *Craig B. Sanders*
Craig B. Sanders, Esq. (Cal bar 284397)
333 Earle Ovington Blvd., Suite 402
Uniondale, NY  11553
Telephone: (516) 203-7600
Facsimile: (516) 282-7878
csanders@sanderslaw.group

# CERTIFICATE OF SERVICE

Case Name: Stokes v. O.N.Entertainment LLC

Case No.:   2:22-cv-04563-JFW-JEM

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States, and am over 18 years of age.  My business address is 333 Earle Ovington Blvd. Suite 402, Uniondale, NY  11553.  I am not a party to this action.

    I have caused service of the following documents, described as:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**

On the following parties by email on December 22, 2022 at:

O.N.Entertainment LLC
c/o Francisco Tolentino
4655 Quality Court, B
Las Vegas Nevada 89103

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 22, 2022

                                                /s *Craig B. Sanders*
                                                Craig B. Sanders