JS-6
NOTE CHANGES MADE BY COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STOKES,<br><br>            Plaintiff,<br><br>vs.<br><br>O.N.Entertainment LLC,<br><br>            Defendant. | Case No. 2:22-cv-04563-JFW-JEMx<br><br>**JUDGMENT ON MOTION FOR DEFAULT JUDGMENT** |

Based on the pleadings, files, and records herein,

**IT IS HEREBY ORDERED** that judgment shall be entered on Plaintiff Michael Stokes's Complaint against Defendant O.N.Entertainment LLC in the total amount of $33,225.00. This calculation includes:

- Statutory damages in the amount of $30,000 for Plaintiff's claim of infringement pursuant to the Copyright Act, with respect to the Photograph identified in the Complaint;

- Attorneys' Fees: $2,400; and

- Costs: $825.

**IT IS HEREBY FURTHER ORDERED** that pursuant to 17 U.S.C. § 502(a) Defendant O.N.Entertainment LLC is hereby enjoined from continuing to store and display Plaintiff Michael Stokes's Photograph as are set forth in the Complaint.

**IT IS SO ORDERED**.

Dated: January 17, 2023

                                                HON. JOHN F. WALTER
                                                U.S. District Court Judge